IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                                              CRIMINAL NO. 1:20-CR-04-MPM

RONALD JOSEPH LATIOLAIS III

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of court endorsed hereon, the United States Attorney for the Northern District of Mississippi hereby moves to dismiss Count One the Indictment in the above numbered cause. In support thereof, the United States would show unto the Court the following:

After careful consideration, the United States has decided not to move forward on the prosecution of Count One of the Indictment against this defendant. The government respectfully requests that Count One of the Indictment against Ronald Joseph Latiolais, III, in cause number 1:20CR04, be dismissed.

Respectfully submitted,

CLAY JOYNER,
United States Attorney

By:     */s/ Parker S. Kline*
PARKER S. KLINE, Miss. Bar 102499
Assistant United States Attorney

Leave of court is granted for the filing of the foregoing dismissal.

This the 7th day of MARCH, 2022.

_____
UNITED STATES DISTRICT JUDGE